# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA HILLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-1269-STE |
| ) | |
| NANCY BERRYHILL, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered this date, the decision of defendant, Commissioner of the Social Security Administration, is **REVERSED** and the case is **REMANDED** for further administrative proceedings.

**IT IS SO ORDERED** on July 5, 2018.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE